**Criminal Case Cover Sheet**       **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.**   I      **Investigating Agency**   FBI, USPIS

**City**    Peabody and elsewhere      **Related Case Information:**

**County**    Essex and elsewhere

| | | |
|---|---|---|
| Superseding Ind./ Inf. | | Case No. |
| Same Defendant | | New Defendant X |
| Magistrate Judge Case Number | 21-mj-1186-DLC | |
| Search Warrant Case Number | | |
| R 20/R 40 from District of | | |

**Defendant Information:**

**Defendant Name**   Emeka Iloba      Juvenile:   ☐ Yes   ☑ No

     Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

**Alias Name**   "Patrick"

**Address**   (City & State) Lynn, Massachusetts

Birth date (Yr only): 1994   SSN (last4#): 7629   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA**   Leslie Wright      Bar Number if applicable   IL 6307355

**Interpreter:**   ☐ Yes   ☑ No      List language and/or dialect: _____

**Victims:**   ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

    ☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint      ☐ Information      ☐ Indictment

**Total # of Counts:**   ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   03/15/2021     ☐     Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Emeka Iloba _____

**U.S.C. Citations**

| | __Index Key/Code__ | __Description of Offense Charged__ | __Count Numbers__ |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit bank fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** <u>  I     </u>     **Investigating Agency** <u> FBI, USPIS </u>

**City** <u>  Peabody and elsewhere  </u>     **Related Case Information:**

**County** <u>  Essex and elsewhere  </u>

Superseding Ind./ Inf. <u>     </u> Case No. <u>     </u>
Same Defendant <u>    </u> New Defendant <u> X  </u>
Magistrate Judge Case Number <u> 21-mj-1186-DLC </u>
Search Warrant Case Number <u>    </u>
R 20/R 40 from District of <u>    </u>

**Defendant Information:**

Defendant Name <u> Emelyn Clough    </u>     Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name <u>    </u>

Address    (City & State) <u> Saugus, Massachusetts    </u>

Birth date (Yr only): <u>1997</u> SSN (last4#): <u>7700</u>   Sex <u>F</u>     Race: <u>    </u>     Nationality: <u>    </u>

**Defense Counsel if known:** <u>    </u>     Address <u>    </u>

**Bar Number** <u>    </u>        <u>    </u>

**U.S. Attorney Information:**

**AUSA** <u> Leslie Wright    </u>     Bar Number if applicable <u> IL 6307355  </u>

**Interpreter:**    ☐ Yes   ☑ No     List language and/or dialect: <u>    </u>

**Victims:**    ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes   ☐ No

**Matter to be SEALED:**    ☑ Yes    ☐ No

☑ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

**Arrest Date** <u>    </u>

☐ Already in Federal Custody as of <u>    </u> in <u>    </u> .
☐ Already in State Custody at <u>   </u> ☐ Serving Sentence     ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: <u>   </u> on <u>   </u>

**Charging Document:**    ☑ Complaint     ☐ Information     ☐ Indictment

**Total # of Counts:**    ☐ Petty ———— ☐ Misdemeanor ———— ☑ Felony <u> 1 </u>

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   03/15/2021     ⊞     Signature of AUSA:    _[signature]_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Emelyn Clough _____

**U.S.C. Citations**

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1349 | Conspiracy to commit bank fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____